

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2019

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Daniel R. Butts, J.J. Martinez, Gerald Johnson, Rod Chalmers, D.J. Nowlin, Ernest Ferniz, Luis Moreno, Kim Manglberger, Chris Ahumada, Shane Merritt, Jose Hernandez, Matt Hernandez, Birdie Tyler; Boerne Police Department Personnel: Pablo Morales; San Antonio Police Department Personnel: Perla Dominguez and Kevin Nakata; Denice Martinez and Martha L. Donohue,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On December 9, 2015, the trial court granted a motion filed by the Bandera County appellees and joined by appellees Denise Martinez and Martha L. Donohue to declare appellant a vexatious litigant. By order dated May 14, 2019, this court limited appellant's appeal to an appeal of the December 9, 2015 order.

The appellees' briefs were originally due to be filed by August 1, 2019. By order dated August 2, 2019, the motion for extension of time filed by the Bandera County appellees was granted, extending the deadline to file their brief to August 31, 2019. On August 8, 2019, appellees Denise Martinez and Martha L. Donohue filed a motion for extension of time to file their brief, requesting a forty-five day extension of time to September 16, 2019. The motion is GRANTED. Appellees Denise Martinez and Martha L. Donohue must file their brief no later than September 16, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court